UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JEFFREY CHAMBERS,

       Plaintiff,

                                             CASE No. 1:23-CV-241

v.

                                             HON. ROBERT J. JONKER

HOLLAND FIRE DEPARTMENT, et al.,

       Defendant.

_____/

## **JUDGMENT**

In accordance with the Order Approving and Adopting Report and Recommendation entered this day, **IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e).


Dated:    April 10, 2023          /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE